SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAHRAM ABDOLLAHI ALIBEIK, ) | No. C 07-1938 EDL |
|             Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE** |
| MICHAEL CHERTOFF, Secretary; ) | **HEARING DATE** |
| EMILIO T. GONZALEZ, Director, CIS; ) | |
| GERARD HEINAUER, NSC Director ) | Date: November 6, 2007 |
| Department of Homeland Security; ) | Time: 9:00 a.m. |
| ROBERT S. MULLER, Director ) | |
| Federal Bureau of Investigation, ) | |
|             Defendants. ) | |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby respectfully ask this Court to continue the hearing date on the parties' cross-motions for summary judgment, currently scheduled for November 6, 2007, to November 13, 2007, in light of the fact that the attorney for the defendants, Assistant United States Attorney Edward Olsen, is scheduled to attend a conference at the Department of Justice, Commercial Litigation Branch, from November 5th through November 9th.

STIPULATION TO EXTEND DATE OF HEARING
C 07-1938 EDL

Dated:  October 18, 2007                    Respectfully submitted,

                                                        SCOTT N. SCHOOLS
                                                      United States Attorney

                                                      /s/
                                                      EDWARD A. OLSEN
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants

Dated:  October 18, 2007                           /s/
                                                      CHRISTINA H. LEE
                                                      Litwin & Associates
                                                      Attorneys for Plaintiff

## ORDER AS MODIFIED

Pursuant to stipulation, IT IS SO ORDERED that the hearing on the parties' cross-motions for summary judgment is re-scheduled to November 13, 2007, at 9:00 a.m.  The briefing schedule remains unchanged.  Any reply shall be filed no later than October 23, 2007.

Dated: October __19__, 2007



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF HEARING
C 07-1938 EDL